In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-17-00079-CV
IN RE BBX OPERATING, LLC

**Original Proceeding**
**1st District Court of Jasper County, Texas**
**Trial Cause No. 35,155**

## ORDER

Relator, BBX Operating, LLC, filed a petition for writ of mandamus and a motion for emergency relief. The relator seeks a writ compelling the Honorable Craig Mixson, Judge of the 1st District Court of Jasper County, Texas, to vacate his orders of January 24, 2017, and March 1, 2017, which require BBX to make certain payments pursuant to a Rule 11 agreement. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

The Court finds that temporary relief is necessary to protect its jurisdiction of this matter. It is ORDERED that the trial court's orders of January 24, 2017, and March 1, 2017, are STAYED until our opinion issues or until further order of this

Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real parties in interest is due to be filed on or before Monday, March 27, 2017.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED March 16, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.